# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES HURD,** | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) CIVIL ACTION NUMBER: |
| | ) |
| **THE BANK OF MISSOURI,** | ) JURY TRIAL DEMANDED |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) |

## PLAINTIFF'S COMPLAINT

**COMES NOW** the Plaintiff, James Hurd, by and through the undersigned counsel, and for his complaint states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 15 U.S.C. §1681p, and 28 U.S.C. §1331. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 (b).

## PARTIES

2. The Plaintiff is a resident and citizen of the State of Alabama, Washington County, and is over the age of twenty-one (21) years.

3. The Defendant, The Bank of Missouri, is a Missouri entity and was, in all respects and at all times relevant herein, doing business in the state of Alabama, by reporting credit information on Alabama residents.

4. All events herein occurred in this judicial district.

## FACTUAL ALLEGATIONS

5. In or around 2019, Plaintiff obtained copies of his credit file from TransUnion and Experian (the "CRAs") and noticed information regarding an alleged delinquent account purportedly belonging to Plaintiff with the Defendant The Bank of Missouri.

6. Plaintiff never had an account with Defendant The Bank of Missouri or otherwise conduced business with Defendant The Bank of Missouri and therefore the information furnished by Defendant The Bank of Missouri was inaccurate and false.

7. On or about May 20, 2019, Plaintiff disputed the inaccurate information through the CRAs and requested reinvestigation.

8. Upon information and belief, the CRAs forwarded Plaintiff's dispute to Defendant The Bank of Missouri.

9. Defendant The Bank of Missouri purportedly reinvestigated and verified the as accurate and reported the results back to the CRAs.

10. The inaccurate information remained on Plaintiff's credit file.

11. The inaccurate information negatively reflected on Plaintiff, his financial responsibility as a debtor, her credit worthiness, and was published to third-parties.

## COUNT ONE
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681 ET SEQ.

12. Plaintiff adopts the averments and allegations hereinbefore as if fully set forth herein.

13. Defendant The Bank of Missouri violated the Fair Credit Reporting Act, 15 U.S.C. § 1681s- 2(b) by continuing to publish to the CRAs inaccurate information regarding status of an account; by failing to fully and properly investigate the Plaintiff's dispute; by failing to review or consider all relevant information regarding same; by failing to accurately respond to the CRAs; and by failing to correctly report results of an accurate investigation to all credit reporting agencies.

14. After receiving notification from the CRAs about Plaintiff's disputed account, Defendant The Bank of Missouri did not contact any third parties other than the CRAs when investigating Plaintiff's dispute.

15. As a result of Defendant The Bank of Missouri's wrongful conduct, action and inaction, the Plaintiff suffered damage including but not limited to loss

of credit, loss of the ability to purchase and benefit from credit as well as mental and emotional pain and anguish, humiliation and embarrassment.

16. Defendant The Bank of Missouri's conduct, action and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by a struck jury pursuant to 15 U.S.C. § 1681n. In the alternative, Defendant The Bank of Missouri was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. §1681o.

17. The Plaintiff is entitled to recover costs and attorney's fees from Defendant The Bank of Missouri in an amount to be determined by the Court pursuant to 15 U.S.C. §1681n and §1681o.

## AMOUNT OF DAMAGES DEMANDED

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff demands a judgment against the Defendants as follows:

A. Declaratory judgment that the Defendant The Bank of Missouri's conduct violated the FCRA;

B. Statutory damages;

C. Compensatory, actual and punitive damages;

D. Costs and reasonable attorney's fees;

E. Such other and further relief that this Court deems necessary, just and proper.

## **PLAINTIFF DEMANDS TRIAL BY STRUCK JURY**

                              /S/ JOHN C. HUBBARD
                              JOHN C. HUBBARD
                              Attorney for Plaintiff

**OF COUNSEL:**
**JOHN C. HUBBARD, LLC**
PO Box 953
Birmingham, AL 35201
Telephone: (205) 378-8121
jch@jchubbardlaw.com