# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES HURD,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 1:19-CV-00370-WS-MU |
| | ) |
| **THE BANK OF MISSOURI,** | ) |
| | ) |
| **Defendant.** | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant The Bank of Missouri ("BOM"), and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similarly related individuals or entities reportable under the provisions of the S.D. Ala. CivLR 7.1:

> The Bank of Missouri is a Missouri state banking corporation which is wholly owned by Reliable Community Bancshares, Inc., a Missouri corporation.

Respectfully submitted this 29th day of October, 2019.

/s/ Juan Ortega
Kyle T. Smith (ASB-6752-I72K)
Juan Ortega (ASB-0056-E58J)
Attorneys for Defendant The Bank of Missouri

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   (205) 930-5100
ksmith@sirote.com

One St. Louis Centre, Suite 1000
Mobile, Alabama 36602
Tel. 251-432-1671
jortega@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify on October 29, 2019, I electronically filed the foregoing pleading with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record in this matter:

John C. Hubbard, LLC
PO Box 953
Birmingham, Alabama 35201
jch@jchubbardlaw.com

s/ Juan Ortega
OF COUNSEL