IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES HURD, | : | |
| Plaintiff, | : | |
| vs. | : | CA 19-0370-WS-MU |
| THE BANK OF MISSOURI, | : | |
| Defendant. | | |

## ORDER

This cause is before the Court on the parties' Rule 26(f) report, filed December 12, 2019 (Doc. 37). Although the parties have not requested a scheduling conference (*see id.* at 1), it is the undersigned's belief that bringing the parties and the Court together at this stage in the proceedings promotes efficiency in the litigation process, helps avoid discovery disputes, provides a clearer path to pretrial resolution and allows counsel to pose questions to the Court, *see* Fed.R.Civ.P. 16(b)(1)(B) (providing that a magistrate judge must issue a scheduling order "after consulting with the parties' attorneys . . . at a scheduling conference."); therefore, this action shall come on for a Rule 16(b) scheduling conference by telephone on **December 17, 2019,** at **10:30 a.m.** To access the telephone conference, the parties' attorneys are to use the following numbers:

    **CALL IN**      877-873-8018

    **ACCESS CODE**    3291819

Conference participants are requested to abstain from using cell phones or the conference option on landline phones due to their propensity to disrupt the recording

system.

      **DONE** and **ORDERED** this the 13th day of December, 2019.

          <u>s/P. Bradley Murray</u>
          **UNITED STATES MAGISTRATE JUDGE**